**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**TERRY L REED,**

> **Plaintiff,**

**v.**                                                    **CASE NO. 1:06-cv-00060-MP-AK**

**UNITED STATES OF AMERICA,**

> **Defendant.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal.  (Doc.

5).  Having considered said notice, construed as a motion for voluntary dismissal, the

Court is of the opinion that it should be **GRANTED**, and this cause is **DISMISSED**.


**DONE AND ORDERED** this **_12th_** day of May, 2006


**_s/ A. KORNBLUM_**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**